# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| RAJIV KANANI AND ASITA KARIA,<br><br>      Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND NATIONAL CREDIT SYSTEMS, INC.,<br><br>      Defendants. | Case No.: 6:23-cv-02483-JSS-EJK<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule 2.02(c), Michael H. Rapp, of Consumer Attorneys, counsel of record for Plaintiffs Rajiv Kanani and Asita Karia ("Plaintiff"), respectfully requests that the Court allow him to withdraw as counsel of record for Plaintiffs in this case. In support of this Unopposed Motion, the undersigned states as follows:

1. Catherine Tillman, also of the law firm Consumer Attorneys, is listed as an attorney of record and will remain as counsel of record for Plaintiff in this action.

2. Catherine Tillman filed a Notice of Lead Counsel Designation on

1

December 28, 2023. (Doc. 3)

3. Pursuant to Local Rule 2.02(c), the undersigned certifies that on July 12, 2024, Plaintiffs was notified that Michael H. Rapp would be withdrawing as attorney on this matter and that Catherine Tillman would represent Plaintiffs in this matter. Plaintiffs had no objections to the withdrawal and substitution of counsel.

4. The requested withdrawal is not prejudicial to any of the parties.

WHEREFORE, Michael H. Rapp respectfully requests that this Court enter an Order granting this Unopposed Motion and allowing the undersigned to withdraw as counsel of record for Plaintiffs in this case.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Plaintiffs have conferred with the opposing parties and represent Defendant Experian Information Solutions, Inc, Equifax Information Services, LLC, Trans Union LLC, and National Credit Systems, Inc. are unopposed to this motion.

Dated: July 30, 2024              **CONSUMER ATTORNEYS**

/s/ *Michael H. Rapp*
Michael H. Rapp,
*Admitted Pro Hac Vice*
1600 Genessee, Suite 435

Kansas City, MO 64102
T: (816) 291-4551
F: (718) 715-1750
E: mrapp@consumerattorneys.com

Catherine Tillman, Esq., (FL Bar No. 0057663)
8095 N. 85th Way
Scottsdale, AZ 85258
T : (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com
Attorney for Plaintiffs
*Rajiv Kanani and Asita Karia*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Michael H. Rapp*
Michael H. Rapp