UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAJIV KANANI and ASITA KARIA,

    Plaintiffs,

v.                                                                                          Case No: 6:23-cv-2483-JSS-EJK

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION, LLC, and
NATIONAL CREDIT SYSTEMS,
INC.

    Defendants.
_____/

## ORDER

The court has been notified in the Notice of Settlement as to Defendant Experian Information Solutions, Inc. Only (Dkt. 80) that Plaintiffs and Defendant Experian Information Solutions, Inc. have reached an agreement to settle this matter. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice as to Defendant Experian Information Solutions, Inc. and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is

**DIRECTED** to terminate Defendant Experian Information Solutions, Inc. as a party to this matter.

**ORDERED** in Orlando, Florida, on September 27, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record