# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RAJIV KANANI AND ASITA
KARIA,

               Plaintiffs,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION LLC, AND
NATIONAL CREDIT SYSTEMS,
INC.,

               Defendants.

Case No.: 6:23-cv-02483-JSS-EJK

**NOTICE OF SETTLEMENT AS
TO DEFENDANT EQUIFAX
INFORMATION SERVICES, LLC
ONLY**

      **NOTICE IS HEREBY GIVEN** that Plaintiff(s) Rajiv Kanani and Asita Karia and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

*RAJIV KANANI AND ASITA KARIA V.
EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL*
NOTICE OF SETTLEMENT

Dated: October 28, 2024       **CONSUMER ATTORNEYS**

/s/ Catherine Tillman
Catherine Tillman, Esq., (FL # 0057663)
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

Attorney for Plaintiffs
*Rajiv Kanani and Asita Karia*

     *RAJIV KANANI AND ASITA KARIA V.*
*EXPERIAN INFORMATION SOLUTIONS,*
*INC., ET AL*
NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: <u>*/s/ Catherine Tillman*</u>
Catherine Tillman