## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| RAJIV KANANI AND ASITA KARIA,<br><br>        Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND NATIONAL CREDIT SYSTEMS, INC.,<br><br>        Defendants. | Case No.: 6:23-cv-02483-JSS-EJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Rajiv Kanani, Asita Karia and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union only.

//

1/3          Kanani et al v. Experian Information
Solutions, Inc. et al
Stipulation of Dismissal

Dated: November 5, 2024

/s/ Catherine Tillman
Catherine Tillman, Esq., (FL # 0057663)
CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com


*Attorney for Plaintiffs*
*Rajiv Kanani and Asita Karia*

/s/ Albert D. Gibson
Albert D. Gibson FBN #.: 50765
THE GIBSON LAW FIRM, P.A.
4720 Salisbury Road
Jacksonville, FL 32256
Telephone: 561-501-7858
E: adg@gibsonlawfirmpa.com


*Counsel for Defendant*
*National Credit Systems, Inc.*

/s/ Christian C. Kohlsaat
Christian C. Kohlsaat, FBN 117795
BUCHANAN INGERSOLL &
ROONEY PC
2 S. Biscayne Blvd, Ste. 1500
Miami, FL 33131
Telephone: 305-347-4080
E: Christian.kohlsaat@bipc.com


*Counsel for Defendant*
*Trans Union, LLC*

Kanani et al v. Experian Information
Solutions, Inc. et al
Stipulation of Dismissal

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: <u>*/s/ Catherine Tillman*</u>
Catherine Tillman

Kanani et al v. Experian Information
Solutions, Inc. et al
Stipulation of Dismissal