## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| RAJIV KANANI AND ASITA KARIA,<br><br>    Plaintiffs,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendants. | Case No.: 6:23-cv-02483-JSS-EJK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC. ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Rajiv Kanani and Asita Karia and Defendant National Credit Systems, Inc. ("NCS"), has resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Dated: November 7, 2024                **CONSUMER ATTORNEYS**

*/s/ Catherine Tillman*
Catherine Tillman, Esq., (FL # 0057663)
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs*
*Rajiv Kanani and Asita Karia*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Catherine Tillman*
Catherine Tillman