UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAJIV KANANI and ASITA KARIA,

    Plaintiffs,

v.    Case No: 6:23-cv-2483-JSS-EJK

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION, LLC, and
NATIONAL CREDIT SYSTEMS,
INC.

    Defendants.
_____/

## ORDER

On December 26, 2024, the parties filed a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. Only. (Joint Stipulation, Dkt. 95.) Upon review of the docket, the Joint Stipulation is signed by all the parties who have appeared in the lawsuit. Fed. R. Civ. P. 41(a)(1)(A)(ii); *see City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) ("Rule 41(a)(1)(A)(ii) . . . permits a plaintiff to dismiss an action without a court order by filing 'a stipulation of dismissal signed by all parties who have appeared.'") (quoting Fed. R. Civ. P. 41(a)(1)(A)(ii)). Accordingly, this action and all claims and defenses asserted are **DISMISSED with prejudice** as to Defendant Experian Information Solutions, Inc.

**ORDERED** in Orlando, Florida, on January 3, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record